1  L. Paul Mankin, Esq. (SBN 264038)
2  The Law Office of L. Paul Mankin
   8730 Wilshire Blvd., Suite 310
3  Beverly Hills, CA 90211
   Phone: (800) 219-3577
4  Fax: (323) 207-3885
   pmankin@paulmankin.com
5  Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

**ROCHEL JONES, an individual,**        )   Case No. 3:14-cv-02811-VC
                                        )
Plaintiff,                              )   **[~~PROPOSED~~] ORDER GRANTING**
                                        )   **STIPULATION RE: DISMISSAL OF**
    vs.                                 )   **ENTIRE ACTION AND ALL**
                                        )   **PARTIES, WITH PREJUDICE**
**RASH CURTIS & ASSOCIATES,**           )
**and DOES 1 through 10,**              )
                                        )
Defendant.                              )
                                        )
_____ )

   The Court has reviewed the Stipulation of Plaintiff, ROCHEL JONES, and Defendant, RASH CURTIS & ASSOCIATES, to dismiss with prejudice the above-entitled action, in its entirety.  Pursuant to the Joint Stipulation between parties, the Court orders as follows:

///

1 | That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant to FRCP 41(a)(1).  Each party shall bear its own fees and costs.

**IT IS SO ORDERED**

DATED: September 22, 2014

_____
UNITED STATES DISTRICT JUDGE